IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GREGORY GRESSENS,** | : | No. 3:16cv1089 |
| **Plaintiff** | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| **ASHLAND FOUNDRY & MACHINE WORKS, INC.; UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO-CLC; and UNITED STEEL WORKERS OF AMERICA LOCAL UNION 14372,** | : | |
| **Defendants** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 9th day of March 2017, Defendant Ashland Foundry & Machine Works, Inc.'s motion to dismiss plaintiff's amended complaint, or alternatively, motion for summary judgment (Doc. 23) and the Union Defendants' motion to dismiss plaintiff's amended complaint (Doc. 27) are **DENIED**. These defendants are further **ORDERED** to answer plaintiff's amended complaint within fourteen (14) days.

  **BY THE COURT**

  **s/ James M. Munley**
  **JUDGE JAMES M. MUNLEY**
  **United States District Court**